**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2316

KENNETH DAWSON,

Petitioner,

versus

CERES MARINE TERMINALS, INCORPORATED; OFFICE
OF WORKERS' COMPENSATION PROGRAMS,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(03-801-BRB)

Submitted: April 22, 2005            Decided: May 18, 2005

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew H. Kraft, RUTTER MILLS, L.L.P., Norfolk, Virginia, for
Petitioner. Robert A. Rapaport, Dana Adler Rosen, CLARKE, DOLPH,
RAPAPORT, HARDY & HULL, P.L.C., Norfolk, Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Dawson seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of longshore disability benefits pursuant to 33 U.S.C. §§ 901-950 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Dawson v. Ceres Marine Terminals, No. 03-801-BRB (BRB Aug. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED